IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| G.K., by and through his parents, C.B. and T.K., and C.B. and T.K., in their own right<br>*Plaintiffs* | : : : : : | CIVIL ACTION<br><br>NO. 13-4538 |
| v. | : : : | |
| THE MONTGOMERY COUNTY INTERMEDIATE UNIT<br>*Defendant* | : : : | |

# O R D E R

**AND NOW**, this 17th day of July 2015, upon consideration of the parties' *cross-motions for summary judgment or for judgment on the administrative record*, [ECF 19, 20], the respective responses in opposition thereto, [ECF 22, 23], and the administrative record, [ECF 14], it is hereby **ORDERED**, consistent with the Memorandum Opinion filed on this day, that:

1. Plaintiffs' motion for summary judgment or for judgment on the administrative record is **DENIED**.

2. Defendant's motion for summary judgment or for judgment on the administrative record is **DENIED**, *in part*; therefore, Plaintiffs are entitled to reimbursement of costs paid, as determined by the Hearing Officer.

3. The decision of the Hearing Officer is **AFFIRMED**.

The Clerk of Court is directed to **CLOSE** this matter.

BY THE COURT:

NITZA I. QUIÑONES ALEJANDRO, J.